UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMOND TUCKER STREET PROPERTY, LLC, et al.,

Plaintiffs,

-v.-

KAREN PUPOVIC, et al.,

Defendants.

26 Civ. 6586 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On August 1, 2026, Plaintiffs initiated this matter, ECF No. 1, and filed an emergency motion for a temporary restraining order ("TRO"), ECF No. 2. The motion for a TRO has been referred to this Court in its Part I capacity. It is hereby ORDERED that:

- Plaintiffs shall serve Defendants with the Complaint, a copy of this Order, the motion for a TRO, and all accompanying papers by **11:59 p.m.** tonight and file proof of service on the docket by **August 4, 2026**.
- Defendants shall respond to Plaintiffs' motion by **August 5, 2026** at **5:00 p.m.**
- Plaintiffs shall file their reply, if any, in further support of their motion by **August 6, 2026** at **5:00 p.m.**

The Court shall hold a hearing on this motion on **August 7, 2026** at **12:00 p.m.** The conference shall take place by telephone. Counsel should join the conference by dialing (646) 453-4442 and entering access code 542 905 971 followed by the pound (#) sign. Members of the public may call the same number but are to keep their phones muted during the proceeding.

SO ORDERED.

Dated: August 3, 2026
New York, New York

JENNIFER H. REARDEN
United States District Judge
PART I