UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIAMOND TUCKER ST. PROPERTY, LLC; REDEMPTION, LLC; and WESTFAIR LLC,<br><br>Plaintiffs,<br><br>-v-<br><br>KAREN PUPOVIC and ISMET PUPOVIC,<br><br>Defendants. | 26-cv-6586 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On October 1, 2026, the parties initiated a call with Chambers regarding a subpoena that plaintiffs had served on Mark Anthony Rubeo, Jr., counsel for defendants, to testify at the October 15, 2026, preliminary injunction hearing in this Court. After defendants orally moved to squash the subpoena, the Court directed the parties to submit letter briefs, which have now been received. After full consideration of that briefing and applicable law, the Court hereby grants the motion to quash the subpoena served on Mr. Rubeo.

SO ORDERED.

New York, NY
October 2, 2026

JED S. RAKOFF, U.S.D.J.