USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/2026

**Reisman Rubeo, LLP**
-Attorneys & Counselors at Law

Mark I. Reisman
Mark A. Rubeo, Jr.*
—

*admitted in NY, CT & DC

151 Broadway
Hawthorne, New York 10532

(914) 495-3050
(914) 495-3051 facsimile
www.rrllplaw.com

October 6, 2026

**The oral argument currently scheduled for 10/15/2026 is adjourned. Upon review of the parties' motion papers in due course, the Court will determine whether oral argument is necessary.**

**Discovery is stayed pending the Court's resolution of Defendants' motion to dismiss. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 26.**

**Dated: October 7, 2026**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

***Via ECF***
The Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Diamond Tucker St Property, LLC et al. v. Pupovic, No. 7:26-cv-06586-NSR

Dear Judge Roman:

My office represents the Defendants, Karen Pupovic and Ismet Pupovic, in the above-referenced action, which was reassigned to Your Honor on October 5, 2026. The action was previously before Judge Rakoff. As with the two related actions pending before Your Honor (Nos. 7:24-cv-05879-NSR and 7:25-cv-06336-NSR), this action stems a failed residential real estate transaction in Easton, Connecticut, and a subsequent default Judgment obtained by the Pupovics against the three Plaintiff LLCs in the Connecticut Superior Court. In the present action, following Judge Rearden's denial of the LLCs' motion for a temporary restraining order, preliminary injunction and protective order (see ECF No. 12), the Plaintiffs amended their Complaint, ostensibly to focus their allegations on a removed foreclosure action now pending in the District of Connecticut – *Pupovic v. Diamond Tucker St. Property, LLC, et al.*, D. Conn. No. 3:26-cv-00226-AWT. In addition to the three actions now pending before Your Honor, there are two additional related S.D.N.Y. actions: *Diamond Tucker St. Property, LLC v. Pupovic*, No. 7:24-cv-08373-JGLC, and *Fillinich v. Pupovic*, No. 7:26-cv-03272-PMH (upon information and belief, Mr. Fillinich is the sole member of each of the Plaintiff LLCs). Additionally, the N.D.N.Y. previously dismissed an action that the LLCs commenced against the Pupovics in that Court, rather than transferring that action to the S.D.N.Y. (No. 1:25-cv-1204-MAD/DJS); likewise, the Supreme Court of the State of New York, Ulster County, dismissed an action the LLCs commenced against the Pupovics in that Court (Index No. EF2025-2818).

The Pending Motions

The Defendants have moved to dismiss this action on Rule 12(b)(1) and 12(b)(6) grounds (ECF Nos. 17, 18, 22 and 24), or, in the alternative, for a stay of the action pending resolution of the D. Conn. Foreclosure Action. Our motion to dismiss argues, inter alia, that the Plaintiffs lack standing due to Mr. Fillinich's claim, in his pro se individual action, that he is the "contractually designated assignee" of the LLCs – thus depriving the LLCs of standing to maintain this action, and that the Court also lacks subject

matter jurisdiction over Plaintiffs' claims on *Rooker-Feldman* grounds. Additionally, we argue that the action should be dismissed for failure to state a claim, and/or should be dismissed or stayed due to the pendency of the D. Conn. Foreclosure Action.

The Plaintiffs have moved a second time for a preliminary injunction and protective order (ECF Nos. 19, 20, 21 and 25).

Both motions were fully briefed and filed on ECF as of yesterday, October 5, 2026.

Judge Rakoff had previously scheduled oral argument of both motions for October 15, 2026, together with a hearing on the Plaintiffs' application for a preliminary injunction and protective order. I write to respectfully ask whether Your Honor will be hearing oral argument on the pending motions, and, if so, when such oral argument will be scheduled. Further, I ask whether the Court will be entertaining an evidentiary hearing on the Plaintiffs' motion for a preliminary injunction and protective order at the same time as the oral argument. Defendants respectfully submit that no hearing should be held unless and until this Court determines it has subject matter jurisdiction over the action. Your Honor has previously challenged Plaintiffs' counsel, in case number 7:25-cv-06336-NSR, to demonstrate to the Court that it has subject matter jurisdiction prior to the Court entertaining Plaintiffs' motions for temporary restraining orders (see ECF Nos. 9 and 16 in that action). We respectfully submit that the same sequence of determinations should be applied to this action.

<u>Request for Discovery Stay</u>

Additionally, I write to request that the Court stay discovery in this matter until after it decides the pending motion to dismiss or stay. Because, as explained in Defendants' motion to dismiss, this Court lacks subject matter jurisdiction and the Amended Complaint fails to state a claim, we believe it would be premature and burdensome for the Defendants to have to respond to Plaintiffs' discovery demands at this juncture. We also join in the request made by the Pupovics' Connecticut counsel, Brennen Maki, Esq., for the quashing of the deposition and hearing subpoenas that Plaintiffs' counsel recently served upon him.

Our office will, in the coming days, send a full set of courtesy copies of Defendants' papers to the Court in compliance with Your Honor's Individual Rules of Practice, and will also email the Court a full set of Defendants' papers in support of the Pupovics' motion to dismiss and in opposition to the LLCs' motion for a preliminary injunction and protective Order.

Respectfully submitted,

/s/ *Mark A. Rubeo, Jr.*

______________________

Mark A. Rubeo, Jr.

cc: All counsel of record (via ECF)